IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,　　　　　　　　　　No. C 06-06707 WHA

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　**ORDER GRANTING EXTENSION OF TIME TO FILE AN ANSWER**

E&M INTERNET BOOKSTORE INC., a.k.a.
EMESHOP.NET, and CHIEN-WEI CHEN,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　/

　　　　Pursuant to parties' stipulation, defendants' answer to the complaint shall be filed no later than 30 days after filing of the notice of substitution of counsel.

　　　　**IT IS SO ORDERED.**

Dated: January 29, 2007

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE