```
 1  Stuart J. West, Bar No. 202041
    Charlotte Rodeen-Dickert, Bar No. 236336
 2  West & Associates, A PC
    2815 Mitchell Drive, Suite 209
 3  Walnut Creek, CA  94598
    Tel: (925)465-4603
 4
 5  John K. Kwok, Bar No. 230706
    Abbott Vascular
    Mail Stop 314
 6  3200 Lakeside Drive
    Santa Clara, CA 95054
 7
    Rachel R. Davidson, Bar No. 215517
 8  Kirkpatrick & Lockhart Preston Gates Ellis LLP
    55 Second Street, Suite 1700
 9  San Francisco, CA 94105-3493
    Telephone: (415) 882-8200
10  Facsimile: (415) 882-8220

11  David A. Bateman (pro hac vice)
    Shaakirrah R. Sanders (pro hac vice)
12  Kirkpatrick & Lockhart Preston Gates Ellis LLP
    925 Fourth Avenue, Suite 2900
13  Seattle, WA 98104
    Telephone: (206) 623-7580
14  Facsimile: (206) 370-6110
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, A Washington Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>E & M INTERNET BOOKSTORE, Inc. a.k.a. EMESHOP.NET and CHIEN-WEI CHEN,<br><br>    Defendants. | Case No.: C06 06707 WHA<br><br>[~~Proposed~~] **Order for Defendant to Appear to Show Cause**<br><br>DATE: November 29, 2007 at 11:00 a.m.<br><br>JUDGE: Honorable William H. Alsup<br><br>COURTROOM 9, 19th Floor |

**PROPOSED ORDER**

This Court hereby orders that:

Defendants E & M Internet Bookstore, Inc. a.k.a. Emeshop.net and Chien-Wei Chen are ordered to appear in person at the above-referenced hearing to show

cause as to why they should not be deemed in default for failure to obtain counsel and failure to respond to finalize the settlement agreement, as well as to why West & Associates, A PC, should not be relieved as counsel.

The Court shall grant Defendant's counsel's motion to withdraw as counsel for the Defendants, effective at the hearing, at which time Defendants are ordered to have new counsel present or Defendants will be deemed to be in violation of this order.

Further, John K. Kwok, former counsel for the Defendants, is hereby ordered to appear at the hearing and make his best efforts to contact Mr. Chen.

A copy of this order will be served on Defendants by electronic mail, U.S. mail, and the contents of which will be read to Defendants over the phone.

Dated this __13__ day of __November__, 2007

IT IS SO ORDERED
Judge William Alsup

_____
William Alsup

Proposed Order for Defendant to
Appear to Show Cause

Case No. C06-06707 WHA